UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEKAULA KWAME,

    Plaintiff,

No. C 08-0812 PJH (PR)

    v.

**ORDER OF TRANSFER**

JOEL LUERA, EDWARD R. JAGELS, and THE CITY OF BAKERSFIELD,

    Defendants.
_____/

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in Bakersfield, which lies within the venue of the United States District Court for the Eastern District of California. Defendants, who are a Bakersfield police officer and a prosecutor, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis. Plaintiff may disregard the clerk's notice regarding his in forma pauperis application.

**IT IS SO ORDERED.**

Dated: February 25, 2008.

                          PHYLLIS J. HAMILTON
                          United States District Judge

G:\PRO-SE\PJH\CR.08\KWAME0812.TRN.wpd