IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWAME NKUMAH KEKUALA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>JOEL LUERA, et.al.,<br><br>　　　　Defendant(s). | **Old Case Number:**<br>**1:08cv0282 OWW DLB (PC)**<br><br>**New Case Number:**<br>**1:08cv0282 OWW TAG**<br><br>ORDER DIRECTING CLERK OF COURT<br>TO REDESIGNATE ACTION<br><br>ORDER OF REASSIGNMENT |

　　　Plaintiff Kwame Nkumah Kekuala ("Plaintiff") filed the instant action on February 5, 2008. Upon receipt of the complaint and its accompanying documents, the Clerk of the Court incorrectly designated the action as one involving the conditions of confinement. Upon further review of the Court, it has been determined that the present action does not involve conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that it is a regular civil action. No scheduling conference should be set at this time.

　　　Moreover, considering the recent appointment of Magistrate Judge Theresa A. Goldner, the Court finds good cause to reassign the above captioned case, which arises out of an occurrence in Kern County, California. Accordingly, the above captioned case is HEREBY REASSIGNED to Magistrate Judge Theresa Goldner for all further proceedings. The new case

1

number for this action, which must be used on all future documents filed with the court, is **1:08cv0282 OWW TAG.**

IT IS SO ORDERED.

Dated: **October 27, 2008**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2